**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **HUDGINS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 1:23-cv-00218** |
| **v.** | ) | |
| | ) | **Judge Matthew F. Kennelly** |
| **THE DAVID LYNCH FOUNDATION,** | ) | |
| **et al.,** | ) | **Magistrate Judge Heather K. McShain** |
| | ) | |
| **Defendants.** | ) | |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT THE UNIVERSITY OF CHICAGO**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the United States District Court for

the Northern District of Illinois, Defendant The University of Chicago (the "University") states

that it is an Illinois not-for-profit corporation. The University has no parent corporation, and no

publicly-held entity owns 5% or more of the University's stock, as the University has no stock.

Dated: February 27, 2023

Respectfully submitted,

*/s/ Mark S. Mester*
Mark S. Mester, One of the Attorneys for
Defendant The University of Chicago

Mark S. Mester (Illinois Bar No. 6196140)
   mark.mester@lw.com
Johanna Spellman (Illinois Bar No. 6293851)
   johanna.spellman@lw.com
Renatta Groski (Illinois Bar No. 6332737)
   renatta.gorski@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Carolyn M. Homer (*pro hac vice*)
   carolyn.homer@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

## CERTIFICATE OF SERVICE

I, Mark S. Mester, certify that on February 27, 2023, a true and correct copy of the

foregoing CORPORATE DISCLOSURE STATEMENT was filed through the CM/ECF system,

which caused notice to be sent to all counsel of record.

Date: February 27, 2023

/s/ Mark S. Mester

Mark S. Mester, One of the Attorneys for
Defendant The University of Chicago

Mark S. Mester (Illinois Bar No. 6196140)
  mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767