**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KAYA HUDGINS, | ) | |
| Plaintiff, | ) | **Case No. 1:23-cv-00218** |
| | ) | |
| v. | ) | **Judge Matthew F. Kennelly** |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, <u>et al.</u>, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MARIYAH GREEN and SHAVON GIBSON | ) | **Case No. 1:23-cv-00646** |
| Plaintiffs, | ) | |
| | ) | **Judge Matthew F. Kennelly** |
| v. | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, <u>et al.</u>, | ) | |
| Defendants. | ) | |

**DEFENDANTS' COMBINED MOTIONS TO DISMISS THE RELATED CLAIMS OF
<u>KAYA HUDGINS, MARIYAH GREEN, and SHAVON GIBSON</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6) and for the reasons set forth more fully in the supporting memorandum being submitted herewith, Defendants Board of Education of the City of Chicago ("Board"), The David Lynch Foundation ("DLF"), and the University of Chicago ("University") hereby move for entry of an order dismissing all causes of action of Plaintiffs Kaya Hudgins, Mariyah Green, and Shavon Gibson (collectively "Plaintiffs") for failure to state a claim upon which relief can be granted. Defendants are submitting a single Memorandum in Support of their Combined Motions to Dismiss, which is being identically filed in both above-captioned matters.

WHEREFORE, the Defendants respectfully request that the Court enter an order dismissing Plaintiffs' claims with prejudice. The Defendants further request any additional relief this Court deems appropriate.

Dated: March 31, 2023

Respectfully submitted,

*/s/ Johanna Spellman*
Johanna Spellman, One of the Attorneys for
Defendant The University of Chicago

Mark S. Mester (IL Bar No. 6196140)
  mark.mester@lw.com
Johanna Spellman (IL Bar No. 6293851)
  johanna.spellman@lw.com
Renatta Gorski (IL Bar No. 6332737)
  renatta.gorski@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Carolyn M. Homer (*pro hac vice*)
  carolyn.homer@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*/s/ James J. Sipchen* (with consent)
James J. Sipchen, One of the Attorneys for
Defendant The David Lynch Foundation

James J. Sipchen (IL Bar No. 6226113)
  jsipchen@pretzel-stouffer.com
Pretzel & Stouffer, Chartered
1 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 346-1973
Facsimile: (312) 346-8242

*/s/ Elizabeth K. Barton* (with consent)
Elizabeth K. Barton, One of the Attorneys
for Defendant Board of Education of the
City of Chicago

2

Elizabeth K. Barton (IL Bar No. 6295848)
  ekbarton@cps.edu
Kaitlin T. Salisbury
  ktsalisbury@cps.edu
Christina Rosenberg
  crosenberg@cps.edu
Board of Education of the City of Chicago
Law Department
1 N. Dearborn Street, Suite 900
Chicago, Illinois 60631
Telephone: (773) 553-1700

**CERTIFICATE OF SERVICE**

I, Johanna Spellman, certify that on March 31, 2023 a copy of the foregoing document was served via CM/ECF on all counsel of record as listed below.

John W. Mauck
 jmauck@mauckbaker.com
Judith A. Kott
 jkott@mauckbaker.com
MAUCK & BAKER, LLC
1 North LaSalle Street, Suite 600
Chicago, Illinois 60602
Telephone: (312) 726-1243
Facsimile: (866) 619-8661

Sorin Adrian Leahu
 sleahu@leahulaw.com
Leahu Law Group, LLC
53 W. Jackson Blvd.
Suite 1527
Chicago, IL 60604
Telephone: (847) 529-7221

*Counsel for Plaintiffs*

Elizabeth K. Barton
 ekbarton@cps.edu
Kaitlin T. Salisbury
 ktsalisbury@cps.edu
Christina L. Rosenberg
 clrosenberg@cps.edu
Board of Education of the City of Chicago
1 North Dearborn Street, Suite 900
Chicago, Illinois 60602
Telephone: (312) 553-1700

*Counsel for Board of Education of the City of Chicago*

James J. Sipchen
 jsipchen@pretzel-stouffer.com
PRETZEL & STOUFFER, CHARTERED
1 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 346-1973
Facsimile: (312) 346-8242

Mark L. Zaiger
 mlz@shuttleworthlaw.com
SHUTTLEWORTH & INGERSOLL, P.C.
500 U.S. Bank Building,
P.O. Box 2107
Cedar Rapids, Iowa 52406
Telephone: (319) 365-9461

*Counsel for The David Lynch Foundation*

Date: March 31, 2023

*/s/ Johanna Spellman*
Johanna Spellman, One of the Attorneys for Defendant the University of Chicago

4