**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KAYA HUDGINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF EDUCATION OF THE CITY ) <br> OF CHICAGO, et al ) <br> ) <br> Defendants. ) <br> ) | Case No. 23-cv-00218 <br><br> Judge Matthew F. Kennelly |
| MARIYAH GREEN and SHAVON ) <br> GIBSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOARD OF EDUCATION OF THE ) <br> CITY OF CHICAGO, et al ) <br> ) <br> Defendants. ) | Case No. 23-cv-00646 <br><br> Judge Matthew F. Kennelly |

**PLAINTIFFS' JOINT MOTION TO FILE AMENDED RESPONSE BRIEF**

NOW COME Plaintiffs, Kaya Hudgins, Mariyah Green, and Shavon Gibson, in their individual and representative capacities (collectively, "Plaintiffs"), by their attorneys, MAUCK & BAKER, LLC, move this Court to grant Plaintiffs' Joint Motion to file an Amended Response Brief to Defendants' Memorandum in Support of Their Joint Motion to Dismiss, and state the following in support:

1. The Plaintiffs' deadline to file their Response Brief was on April 21, 2023.

Page **1** of **3**

2. Although Plaintiffs' timely filed their Response Brief, they inadvertently failed to include a Table of Contents and Table of Authorities in the Response Brief.

3. As such, Plaintiffs request leave to file an Amended Response Brief including the Table of Contents and Table of Authorities of cases cited to in the Response Brief. (See Exhibit A).

WHEREFORE, the Plaintiffs move this Honorable Court to grant leave for Plaintiffs to file an Amended Response Brief, and any other remedies this Court finds just.

Dated: April 24, 2023				Respectfully submitted,

						**KAYA HUDGINS**
						**MARIYAH GREEN**
						**SHAVON GIBSON**

						By: */s/ Judith A. Kott*
						    JUDITH A. KOTT

						    */s/ John W. Mauck*
						    JOHN W. MAUCK

John W. Mauck
Judith A. Kott
**Mauck & Baker, LLC**
1 N. LaSalle St. Suite 600
Chicago, IL 60602
312-726-1243
jmauck@mauckbaker.com
jkott@mauckbaker.com

Sorin A. Leahu
**Leahu Law Group**
53 W. Jackson Blvd. #1527
Chicago, IL 60604
847-529-7221
sleahu@leahulaw.com

## CERTIFICATE OF SERVICE

I, Judith A. Kott, an attorney, hereby certify that I served the foregoing Plaintiffs' Joint Motion to file an Amended Response Brief on all counsel of record on April 24, 2023, via the District Court's CM/ECF system.

*/s/ Judith A. Kott*
JUDITH A. KOTT

John W. Mauck
Judith A. Kott
**Mauck & Baker, LLC**
1 N. LaSalle St. Suite 600
Chicago, IL 60602
312-726-1243
jmauck@mauckbaker.com
jkott@mauckbaker.com

Sorin A. Leahu
**Leahu Law Group**
53 W. Jackson Blvd. #1527
Chicago, IL 60604
847-529-7221
sleahu@leahulaw.com