IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAYA HUDGINS, | ) | Case No. 1:23-cv-00218 |
| Plaintiff, | ) ) ) | Hon. Matthew F. Kennelly |
| v. | ) ) | Hon. Mag. Heather McShain |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, et al., | ) ) ) | |
| Defendants | ) ) | |

## JOINT STATUS REPORT

Counsel for Plaintiff Kaya Hudgins ("Plaintiff") and Defendants Board of Education of the City of Chicago (the "Board") and The David Lynch Foundation ("DLF") (together, "Defendants") submit the following Joint Status Report in compliance with the Court's Order dated December, 17, 2024.  (Dkt. 226).

1.  After meeting and conferring further on December 20 and December 24, 2024, counsel have reached agreement regarding the issues pertaining to the wording of the draft Settlement Agreement that were raised at the hearing on December 17, 2024, and a final draft of the Agreement has been circulated for review and discussion, which all parties will be providing to their clients.  At this time, counsel anticipate having a signed Agreement no later than Jan. 10, 2025.[1]

---

[1] Plaintiff's counsel has indicated their intention of negotiating an additional term after the filing of this Joint Status Report as it relates to Ms. Hudgins' remedies in the event that one or both Defendants breach the Settlement Agreement.

2. Counsel is working on finalizing agreement on the Joint Motion for Preliminary Approval of the Class Action Settlement, the Memorandum in Support of the Joint Motion for Preliminary Approval of the Class Action Settlement, the Notice of Class Action Settlement to the Class Members, along with the Claim Form and Exclusion Form.  Plaintiff anticipates (and the defendants will endeavor to cooperate in meeting this deadline) to file the Joint Motion for Preliminary Approval of the Class Action Settlement, with exhibits, and the Memorandum in Support of the Joint Motion for Preliminary Approval of the Class Action Settlement no later than Jan. 13, 2025.

3. Upon entry of a Preliminary Approval Order, Notice of the Class Action Settlement and Claim Forms will be sent out to all Class Members by the Class Administrator within 21 days thereafter.

Respectfully submitted,

**For Plaintiff Kaya Hudgins:**

*/s/ John W. Mauck*
John W. Mauck (jmauck@mauckbaker.com)
Judith A. Kott (jkott@mauckbaker.com)
Robin Rubrecht
(rrubrecht@mauckbaker.com)
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 3150
Chicago, Illinois 60602
Telephone: (312) 726-1243

Sorin A. Leahu (sleahu@leahulaw.com)
**Leahu Law Group, LLC**
53 W. Jackson Blvd, Suite 1527
Chicago, IL 60604
83 N. Broadway St.
Des Plaines, IL 60016

2

**For Defendant Board of Education of the City of Chicago**

By: */s/ Tiffany S. Fordyce*
Tiffany S. Fordyce (fordycet@gtlaw.com)
David J. Stein (david.stein@gtlaw.com)
Tyler L. Salway (salwayt@gtlaw.com)
Naomi Lazar (naomi.lazar@gtlaw.com)
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
P: 312.456.8400
F: 312.456.8435
David.stein@gtlaw.com
fordycet@gtlaw.com
salwayt@gtlaw.com
naomi.lazar@gtlaw.com

By: */s/ Thomas Doyle*
Thomas Doyle
Thomas Doyle (tadoyle2@cps.edu)
Board of Education of the City of Chicago
1 North Dearborn Street, Suite 900
Chicago, IL  60604

**For Defendant The David Lynch Foundation**

By: */s/ James J. Sipchen*
James J. Sipchen
Kayla A. Condeni
PRETZEL & STOUFFER, CHARTERED
200 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 578-7422
jsipchen@pretzel-stouffer.com
kcondeni@pretzel-stouffer.com

3