IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KAYA HUDGINS, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 23-cv-00218 Judge Matthew F. Kennelly |
| v. |  |  |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, et al |  |  |
| Defendants. |  |  |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

NOW COMES Plaintiff KAYA HUDGINS ("Plaintiff"), by and through her attorneys Mauck & Baker, LLC, and respectfully moves the Court for entry of an Order granting Plaintiff's Unopposed Motion for Preliminary Approval of the Proposed Settlement Agreement reached between the parties, and further requests that the Court:

1. Approve the proposed Settlement Agreement, which is attached as Exhibit A;

2. Approve the proposed Notice of Class Action Settlement to be distributed to all Class Members, attached as Exhibit 2 of the proposed Settlement Agreement (Exhibit A);

3. Approve the proposed Claim Form, which is attached as Exhibit 1 of the proposed Settlement Agreement (Exhibit A);

4. Set a date for a fairness hearing to consider final approval of the settlement; and

5. Any other relief this Court deems equitable and just.

Respectfully Submitted,

**KAYA HUDGINS**

By: */s/ John W. Mauck*
　　*/s/ Judith A. Kott*
　　*/s/ Robin Rubrecht*

| | |
|---|---|
| John W. Mauck<br>John W. Mauck (jmauck@mauckbaker.com)<br>Judith A. Kott (jkott@mauckbaker.com)<br>Robin Rubrecht (rrubrecht@mauckbaker.com)<br>**Mauck & Baker, LLC**<br>1 N. LaSalle St., Suite 3150<br>Chicago, IL 60602<br>(312) 726-1243 | Sorin A. Leahu<br>**Leahu Law Group, LLC**<br>53 W. Jackson Blvd., Suite 1527<br>Chicago, IL 60604<br>(847) 529-7221<br>sleahu@leahulaw.com |