**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KAYA HUDGINS, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 23-CV-00218 |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, et al., | ) ) ) | Hon. Matthew Kennelly |
| Defendants. | ) ) | |

**AMENDED ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT**

This matter having come before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of the Class Settlement (the "Motion"), the Court having reviewed in detail and considered the Motion, the Class Settlement Agreement between Plaintiff Kaya Hudgins ("Plaintiff") and Defendants The Board of Education of the City of Chicago (the "Board") and The David Lynch Foundation ("DLF") (collectively, "Defendants") (together with Plaintiff, referred to as the "Parties"), and all other papers that have been filed with the Court related to the Settlement Agreement, including all exhibits and attachments to the Motion and the Settlement Agreement, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      Capitalized terms in this Order that are not otherwise defined herein shall have the same meaning as ascribed to them in the Settlement Agreement.

2.      The terms of the Settlement Agreement are preliminarily approved as fair, reasonable, and adequate.  There is good cause to find that the Settlement Agreement was negotiated at arms-length between the parties, who were represented by experienced counsel.

3.      The Court conditionally certifies pursuant to Federal Rule of Civil Procedure ("Rule") 23(a), (b)(3) and (e), and for purposes of settlement only, the following class (the "Class") consisting of:

> Any individual who is or was a student in the Chicago Public Schools and who participated in the "Quiet Time" program offered at one of the following public schools: William J. Bogan High School, James H. Bowen High School, Percy L. Julian High School, Daniel Hale Williams Prep School of Medicine, Amundsen High School, TEAM Englewood High School, Gage Park High School, or Telpochcalli Elementary School during the academic calendar for 2015-16, 2016-17, 2017-18, or 2018-19, and who reached, or will reach, the age eighteen on or after January 13, 2021.

4.      For settlement purposes only, the Court appoints Plaintiff as class representative for the Class Members ("Class Representative").

5.      For settlement purposes only, the Court appoints John W. Mauck, Judith A. Kott, and Robin Rubrecht, of Mauck & Baker, LLC, and Sorin Leahu Law Group, LLC, as Class Counsel.

6.      The Court provisionally finds, for settlement purposes only, that the prerequisites for class treatment under Rule 23 have been preliminarily satisfied; specifically, that the Class is so numerous that joinder of all members is impracticable; (b) there are questions of fact and law common to the Class; (c) the claims of the Class Representative are typical of and arise from the same operative facts and seek similar relief as the claims of the Class Members; (d) the Class Representative and Class Counsel will fairly and adequately represent and protect the interests of the Class Members; (e) questions of law or fact common to the Class Members predominate over

any questions affecting only individual members; and (f) a class action and class settlement is superior to other methods available for a fair and efficient resolution of this matter.

7. The Court approves the Claim Form attached to the Settlement Agreement as Exhibit 1, and also approves the Second Amended Notice of Proposed Settlement of Class Action Lawsuit ("Second Amended Notice") and orders distribution of the same to the Class Members as described in the Settlement Agreement.

8. The Court finds that the Second Amended Notice constitutes the best notice practicable under the circumstances and satisfies the requirements of due process and Rule 23, such that the Settlement Agreement and Final Approval Order, if entered, will be binding on all Class Members.

9. The Court approves Simpluris, Inc. ("Simpluris") as the Settlement Administrator. The Settlement Administrator is vested with authority to carry out the Notice process as set forth in the Settlement Agreement.

10. Within twenty-one (21) calendar days of the Court entering this Preliminary Approval Order, the Settlement Administrator shall compile and mail and e-mail the Second Amended Notice to the Class Members (or their parent or legal guardian, as applicable). The Second Amended Notice shall set forth the estimated settlement amount, the instructions for receiving a payment under the settlement, and include a Claim Form and instructions for objecting to the settlement.

11. Simpluris will provide Spanish translation of the Second Amended Notice to the Class Members into to the Class Members from Telpochcalli Elementary School prior to sending out the Second Amended Notice. Additionally, Simpluris will provide a Spanish translation of the Second Amended Notice to the online website www.quiettimeclassaction.com.

12.     Class Members who wish to submit a claim for payment under the Settlement shall timely complete and submit a Claim form in accordance with the instructions contained in the Notice.

13.     As stated in Section 6 of the Second Amended Notice, Class Counsel has advised the Court that they expect all Class Members who submit a timely and valid Claim form by the deadline set forth in the Amended Notice are expected to receive at least $1,000 from the Settlement.

14.     Any Class Member who wishes to object to the Settlement as unfair shall timely submit a written objection in accordance with the instructions contained in the Second Amended Notice.

15.     Class Members who wish to opt out and request exclusion from the Settlement shall timely submit a written request for exclusion in accordance with the instructions contained in the Second Amended Notice.

16.     Plaintiff will file an unopposed motion seeking entry of a Final Approval Order as well as petition for attorneys' fees and costs, settlement administration fees and costs, and a Service Award to the Class Representative no later than April 16, 2025.

17.     A Final Approval Hearing shall be conducted telephonically before the Court on **May 7, 2025 at 8:45 a.m.** from Courtroom 2103, which can be accessed via telephone at 650-479-3207, Access Code: 2305-915-8729, to consider, among other things: (i) whether to finally approve the Settlement; (ii) whether to approve Class Counsel's request for attorneys' fees and litigation costs; (iii) whether to approve the fees and costs of the Settlement Administrator; and (iv) whether to approve the Class Representative's request for a Service Award.

18.     The Final Approval Hearing may be postponed, adjourned, transferred, or continued by order of this Court without further notice to the Class Members. At or following the Final Approval Hearing, the Court may enter a judgment approving the Settlement Agreement and Final Approval Order in accordance with the Settlement Agreement that adjudicates the rights of all Class Members.

19.     Class Members do not need to appear at the Final Approval Hearing.

20.     The trial date of March 10, 2025 is vacated, and all other proceedings in this Action are stayed and suspended until further order of the Court and all other deadlines in the case are vacated without prejudice except such actions as may be necessary to implement the Settlement Agreement and this Preliminary Approval Order.

21.     For clarity, the deadlines set forth above are as follows:

| | |
|---|---|
| Notice to be completed and sent by Simpluris: | Feb. 24, 2025 |
| Claim Forms Submission Deadline: | April 25, 2025 |
| (Received by Simpluris no later than): | May 2, 2025 |
| Objection Deadline-Postmarked or Submitted by: | April 25, 2025 |
| (Received by Simpluris no later than): | May 2, 2025 |
| Exclusion Request Deadline-Submitted by: | April 25, 2025 |
| (Received by Simpluris no later than): | May 2, 2025 |
| Fee Petition Deadline: | April 16, 2025 |
| Final Approval Hearing: | May 7, 2025, at 8:45 a.m. |
| Via telephonic hearing: 650-479-3207 | |
| Access Code: 2305915-8729 | |

IT IS SO ORDERED.

Date: 2/4/2025

_____
Hon. Matthew F. Kennelly