IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAYA HUDGINS, individually, and on behalf of all others similarly situated,<br><br>v.<br><br>BOARD OF EDUCATION OF THE CITY OF CHICAGO, et al<br><br>Defendants. | Case No. 23-cv-00218<br><br>Judge Matthew F. Kennelly |

**UNOPPOSED MOTION IN SUPPORT OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARD**

NOW COMES Plaintiff KAYA HUDGINS ("Plaintiff"), by and through her attorneys Mauck & Baker, LLC, and respectfully moves the Court for entry of an Order granting Kaya Hudgins' Unopposed Motion for Attorneys' Fees, Costs, and Service Award to the Class Representative, and further requests that the Court:

1. Granting Class Counsel's Motion for Attorneys' Fees in the Amount of $860,034.94 (or 35% of the Net Settlement Fund);

2. Granting Class Counsel's Motion for Costs, and administration fees, in the amount of $42,757.31;

3. Granting Class Counsel's Motion to the Court's Approval of an Incentive Award in the amount of $100,000 to the Class Representative Kaya Hudgins;

4. Any other relief this Court deems equitable and just.

Respectfully Submitted,

**KAYA HUDGINS**

By: */s/ John W. Mauck*
    */s/ Judith A. Kott*

| | |
|---|---|
| John W. Mauck (jmauck@mauckbaker.com) | Sorin A. Leahu |
| Judith A. Kott (jkott@mauckbaker.com) | **Leahu Law Group, LLC** |
| Robin Rubrecht (rrubrecht@mauckbaker.com) | 53 W. Jackson Blvd., Suite 1527 |
| **Mauck & Baker, LLC** | Chicago, IL 60604 |
| 1 N. LaSalle St., Suite 3150 | (847) 529-7221 |
| Chicago, IL 60602 | sleahu@leahulaw.com |
| (312) 726-1243 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I caused the foregoing document to be electronically served on the following counsel of record in this case.

*/s/ John W. Mauck*
John W. Mauck

**THE BOARD OF EDUCATION OF THE CITY OF CHICAGO**

Tiffany S. Fordyce (fordycet@gtlaw.com)
David J. Stein (david.stein@gtlaw.com)
Tyler L. Salway (salwayt@gtlaw.com)
Naomi Lazar (naomi.lazar@gtlaw.com)
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
P: 312.456.8400
F: 312.456.8435
David.stein@gtlaw.com
fordycet@gtlaw.com
salwayt@gtlaw.com
naomi.lazar@gtlaw.com

**THE DAVID LYNCH FOUNDATION**

James J. Sipchen (jsipchen@pretzel-stouffer.com)
Pretzel & Stouffer
200 South Wacker, Suite 2600
Chicago, IL 60606