# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kaya Hudgins
                                            Plaintiff,

v.                                                                         Case No.: 1:23−cv−00218
                                                                         Honorable Matthew F. Kennelly

The David Lynch Foundation, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic final approval hearing held on 5/7/2025. Plaintiff's motion for final approval of class action settlement [254] is granted for the reasons stated on the record. Plaintiff's motion for attorney fees, costs, and service award [247] is granted for the reasons stated on the record. The parties are directed to send a proposed order to Judge Kennelly's proposed order email address by 5/12/2025. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.